**FILED**

OCT 17 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 2:12-CR-453-APG-(GWF)<br>) |
| REBEKAH FOUQUET, | )<br>) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO REBEKAH FOUQUET**

On September 26, 2013, this Court entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p) forfeiting property of defendant REBEKAH FOUQUET to the United States of America. Indictment, ECF No. 1; Bill of Particulars, ECF No. 74; Change of Plea Minutes, ECF No. 82; Plea Agreement, ECF No. 83; Amended Preliminary Order of Forfeiture, ECF No. 121.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p) that the forfeiture of the property named in the Amended Preliminary Order of Forfeiture is final as to defendant REBEKAH FOUQUET.

DATED this 17th day of October 2013.

_____
UNITED STATES DISTRICT JUDGE