**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff - Appellee, ) | Case No. 2:12-cr-453-APG-GWF |
| vs. ) | USCA No. 13-10540 |
| REBEKAH FOUQUET, ) | **O R D E R** |
|     Defendant - Appellant. ) | |

    Pursuant to order of the United States Court of Appeals for the Ninth Circuit in the above referenced case, Chris T. Rasmussen, Esq.'s motion to withdraw as counsel of record and to appoint new counsel was granted (Dkt. #132). Therefore;

    **IT IS HEREBY ORDERED** that **Mario D. Valencia, Esq.** (1055 Whitney Ranch Dr. Suite 200, Henderson, Las Vegas, NV 89014, phone number 702-940-2220) is appointed as counsel to represent defendant - appellant **Rebekah Fouquet.**

    **IT IS FURTHER ORDERED**, pursuant to the order of the United States Court of Appeals for the Ninth Circuit, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

    Dated this 5th day of November, 2013.

    Nunc Pro Tunc Date:   November 5, 2013.

_____
Andrew P. Gordon
United States District Judge