UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　　　　)<br>vs. 　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>REBEKAH FOUQUET, 　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. 　　　　　　)<br>　　　　　　　　　　　　　　　　　) | Case No.: 2-12-CR-453-APG-GWF<br><br>**ORDER EXTENDING DEADLINE TO FILE APPEAL AND DENYING APPOINTEMENT OF COUNSEL**<br><br>(Dkt. ##197, 198) |

　　　　Defendant Rebekah Fouquet has filed a "Motion to Appeal." She seeks a 30-day extension of the deadline by which she must file an appeal from my order denying her request for a reduction of her sentence. Fouquet also requests appointment of counsel for her appeal. Although not labeled as a notice of appeal, I will liberally construe the motion as a notice of appeal, and the clerk of court has docketed it as such. (Dkt. #196.)

　　　　Pursuant to Fed. R. App. P. 4(b)(1)(A), a defendant in a criminal case must file a notice of appeal within 14 days after entry of the order being appealed. Under Fed. R. App. P. 4(b)(4), that deadline may be extended upon a finding of excusable neglect or good cause. Fouquet indicates that her counsel has not responded to her emails concerning her appeal. That constitutes good cause to extend the appeal deadline. I denied Fouquet's request for relief on April 29, 2015, so she had until May 13, 2015 to file her notice of appeal. Because I have extended the deadline by 30 days, her notice of appeal filed on June 12, 2015 is timely. However, I see no reason to appoint counsel for her on appeal.

/ / / /

/ / / /

/ / / /

1  IT IS THEREFORE ORDERED that Fouquet's motion for an extension of the deadline to
2  appeal **(Dkt. # 198) is GRANTED** and her motion for appointment of counsel **(Dkt. #197) is**
3  **DENIED.**

4  DATED this 15TH day of June, 2015.

_____
Andrew P. Gordon
United States District Judge

Case 2:12-cr-00453-APG-GWF   Document 201   Filed 06/15/15   Page 2 of 2