**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

UNITED STATES OF AMERICA,            )
                                      )        NO. 15-10309
            Plaintiff-Appellee,      )
        vs.                           )        2:12-cr-00453-APG-GWF
                                      )
REBEKAH FOUQUET                       )
                                      )
            Defendant-Appellant.     )        **ORDER**
                                      )

Pursuant to the order filed September 11, 2015,   by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED that Kathleen Bliss is appointed to represent Rebekah Fouquet for this appeal. Ms. Bliss's address is: 4240 W. Flamingo Rd. Suite 220, Las Vegas NV, 89103 and her phone number is 702-366-1888.

Former counsel, Chris T Rasmussen  is directed to forward the file to Ms. Bliss forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this 14th day of September, 2015.
Nunc Pro Tunc Date:  September 14, 2015

_____
UNITED STATES DISTRICT JUDGE